**Slip Op. 03-65**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
NTN BEARING CORPORATION OF AMERICA,           :
AMERICAN NTN BEARING MANUFACTURING            :
CORPORATION, NTN BOWER, INC. and              :
NTN CORPORATION,                              :
:
      Plaintiffs,                             :
:
    v.                                       :    Court No.
:    98-12-03232
UNITED STATES,                                :
:
      Defendant,                              :
:
    and                                      :
:
THE TIMKEN COMPANY,                           :
:
      Defendant-Intervenor.                   :
_____:

### JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, NTN Bearing Corp. of Am. v. United States, 27 CIT __, 248 F. Supp. 2d 1256 (2003) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

**ORDERED** that the Remand Results filed by Commerce on April 24, 2003 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:    June 13, 2003
        New York, New York